IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | EP-09-CR-1567-FM |
| LUTHER JONES<br>And GILBERT SANCHEZ | § § § | |

**ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS**
**<u>ALL FIVE COUNTS OF THE INDICTMENT</u>**

On this day, the Court considered Defendants' Joint Motion to Dismiss All Five Counts of the Indictment. The Court finds that the Motion is meritorious in all respects. It is therefore ORDERED that the indictment is dismissed in its entirety.

Signed on this _____ day of September, 2009.

_____
The Honorable Frank Montalvo
United States District Judge